Christopher T. Holland (SB #164053)
Anne E. Kearns (SB #183336)
Kathy M. Sarria (SB #181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 249-8330
Facsimile:  (415) 249-4333

Karen R. Thorland (SB #172092)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile:  (310) 282-2200

Attorneys for Plaintiff
WARNER BROS.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOE (68.127.160.230),<br><br>　　　　　　Defendant. | CASE NO. C04-5233 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

1

NOTICE OF VOLUNTARY DISMISSAL
C04-5233 CRB

1     **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice, each side to bear its own costs and attorneys' fees.

DATED: May 3, 2005            Respectfully submitted,

                                        CHRISTOPHER T. HOLLAND
                                        ANNE E. KEARNS
                                        KATHY M. SARRIA
                                        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                        KAREN R. THORLAND
                                        LOEB & LOEB LLP

                                        By: _____/S/_____
                                           Christopher T. Holland
                                           Attorneys for Plaintiff
                                           WARNER BROS.

May 04, 2005

*[APPROVED — Charles R. Breyer, United States District Court, Northern District of California seal]*

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

64591
cholland
60055-001

2

NOTICE OF VOLUNTARY DISMISSAL
C04-5233 CRB